# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2616

_____

BREE KRISTEN KUHN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
James Scott Duncan, Judge.

April 2, 2026

PER CURIAM.

   AFFIRMED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathryn Lane, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier Attorney General, Amanda Bosman, Assistant Attorney General, Tallahassee, for Appellee.